IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                    :
                                            :
                                            :
             v.                             :    CRIMINAL NUMBER 97-258-01
                                    FILED   :
WAYNE JORDAN                                :
USM# 07713-158                      JAN 2 9 2015

                                    MICHAEL E. KUNZ, Clerk
                                    O R D E R  Dep. Clerk
                                    By_____

       AND NOW this  29ᵀᴴ day of  January          , 2015, pursuant to 18

U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the

parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 324

months, effective November 1, 2015.

                              BY THE COURT:

                              _____
                              The Honorable J. Curtis Joyner
                              Senior United States District Court Judge